1  JOSEPH P. RUSSONIELLO
   United States Attorney
2  450 Golden Gate Ave (11th Floor)
   San Francisco, CA 94102
3  Telephone: (415) 436-7200

4  Attorneys for the United States

**FILED**

MAY - 9 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>Floyd Barrow,<br>Defendant. | CRIMINAL NO. 08-mj-70275PVT<br><br>NOTICE OF PROCEEDINGS ON OUT-OF-DISTRICT CRIMINAL CHARGES PURSUANT TO RULES 5(c)(2) AND (3) OF THE FEDERAL RULES OF CRIMINAL PROCEDURE |

Please take notice pursuant to Rules 5(c)(2) and (3) of the Federal Rules of Criminal Procedure that on 5/9/08, the above-named defendant was arrested based upon an arrest warrant (copy attached) issued upon an

☐ Indictment   ☐ Information   ☐ Criminal Complaint   ☒ Other  Form 12

pending in the Eastern District of California, Case Number 02 CR 00075

In that case, the defendant is charged with a violation(s) of Title(s) 18 United States Code, Section(s) 3606

Description of Charges: Violation of supervised release.

Respectfully Submitted,
JOSEPH P. RUSSONIELLO
UNITED STATES ATTORNEY

Date: 5/9/08

_____
Assistant U.S. Attorney

1

# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

USA,

v.

**FLOYD BARROW,**

**WARRANT FOR ARREST**

Case Number: 2:02-CR-00075-FCD

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest   Floyd Barrow,

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

☐ Indictment   ☐ Information   ☒ Violation Petition   ☐ Other _____

charging him or her with (brief description of offense)
**Violation of Supervised Release**

in violation of Title  18:   United States Code, Section(s)   3606

A. Kastilahn                                    Deputy Clerk
Name of Issuing Officer                         Title of Issuing Office

[signature]                                     2/28/05         Sacramento
Signature of Issuing Officer                    Date and Location

Bail fixed at   $No Bail              by   Judge Frank C. Damrell Jr.

---

### RETURN

This warrant was received and executed with the arrest of the above-named defendant _____

Date Received _____   Name and Title of Arresting Officer _____

Date of Arrest _____   Signature of Arresting Officer _____

Prob 12C

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA

## SUPERSEDING PETITION FOR WARRANT OR SUMMONS FOR OFFENDER UNDER SUPERVISION

| | |
|---|---|
| **Offender Name:** | Floyd BARROW |
| **Docket Number:** | 2:02CR00075-01 |
| **Offender Address:** | 7869 Caldonia Way<br>Sacramento, California  95832 |
| **Social Security Number:** | 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 |
| **Judicial Officer:** | Honorable Frank C. Damrell, Jr.<br>United States District Judge<br>Sacramento, California |
| **Original Sentence Date:** | 11/03/2003 |
| **Original Offense:** | 18 USC 111(a) - Assaulting, Resisting, or Impeding a Federal Official (Class E Felony) |
| **Original Sentence:** | 18 months Bureau of Prisons; $100 special assessment; 12 months supervised release. |
| **Special Conditions:** | Drug/Alcohol treatment; Drug/Alcohol testing; HIV test. |
| **Other Court Action:** | None |
| **Type of Supervision:** | Supervised Release |
| **Supervision Commenced:** | 10/21/2004 |
| **Assistant U.S. Attorney:** | Carolyn K. Delaney    Telephone: (916) 554-2700 |
| **Defense Attorney:** | Joseph Wiseman    Telephone: (916) 492-0700 |

Rev 2005
PROB12C1-VARGAS-AMAYA.MRG

RE: Floyd BARROW
Docket Number: 2:02CR00075-01
SUPERSEDING PETITION FOR WARRANT OR SUMMONS FOR
OFFENDER UNDER SUPERVISION

## PETITIONING THE COURT

[X] **OTHER:** The offender is to appear before the Court on February 28, 2005, at 9:30 a.m., to show cause why supervision heretofore granted should not be revoked. The probation officer is hereby directed to notify the offender and counsel of said hearing.

The probation officer alleges the offender has violated the following condition(s) of supervision:

**Charge Number**     **Nature of Violation**

**Charge 1:**     **FAILURE TO SUBMIT MONTHLY REPORT FORMS**

The offender has not submitted a monthly report form for the months of December 2004 and January 2005, in violation of Standard Condition Number 2 that states "The offender shall report to the probation officer and shall submit a truthful and complete written report within the first five days of each month."

**Charge 2:**     **FAILURE TO PARTICIPATE IN URINALYSIS PROGRAM.**

On January 14, January 19, January 20, January 24, January 25, January 26, January 27, January 28, and January 31, 2005, the offender failed to report for urinalysis. This is in violation of Special Condition Number 2 which states "As directed by the probation officer, the defendant shall participate in a program of testing to determine if he has reverted to the use of drugs or alcohol."

**Justification:** From October 21, 2004, until early December 2004, the offender was supervised by the Northern District of California. On January 4, 2005, the offender reported to the Eastern District of California, Sacramento, for his initial appointment. At

2

Rev. 3/2005
PROB12C1-VARGAS-AMAYA MKO

RE: Floyd BARROW
Docket Number: 2:02CR00075-01
SUPERSEDING PETITION FOR WARRANT OR SUMMONS FOR
OFFENDER UNDER SUPERVISION

that time, he was given instructions and directed to comply with the urinalysis program, as well as his other standard and special conditions of supervision. The offender has failed miserably while on supervision in the Eastern District of California. On several occasions, the undersigned spoke with Mr. Barrow explaining the importance of his testing program and complying with the conditions of supervision. Also, on January 25, 2005, the undersigned was notified by a staff member at The Effort that it was believed Mr. Barrow was using some type of device when testing. There is also some question as to where Mr. Barrow is residing. The undersigned has been to his home on two occasions and he has not been at the residence. When contacted on his cell phone, Mr. Barrow stated that he had stayed at a friend's house but was technically still living with his daughter.

**Bail/Detention:** Detention is not recommended at this time, as the offender does not appear to be a flight risk or a danger to the community. However, this may change depending upon Mr. Barrow's behavior.

I declare under penalty of perjury that the foregoing is true and correct.

EXECUTED ON: February 8, 2005
Sacramento, California
CJM:jz

Respectfully submitted,

/s/ Cynthia J. Mazzei

**CYNTHIA J. MAZZEI**
**United States Probation Officer**
Telephone: (916) 930-4315

REVIEWED BY: /s/ Rafael G. Loya
RAFAEL G. LOYA
**Supervising United States Probation Officer**

RE: Floyd BARROW
Docket Number: 2:02CR00075-01
SUPERSEDING PETITION FOR WARRANT OR SUMMONS FOR
OFFENDER UNDER SUPERVISION

---

THE COURT FINDS PROBABLE CAUSE AND ORDERS:

[ ]   The issuance of a warrant       [ ]   Bail set at $       [ ]   No Bail

[ ]   The issuance of a summons (copy to Defense Counsel).

XX   Other: The offender is to appear before the Court on February 28, 2005, at 9:30 a.m., to show cause why supervision heretofore granted should not be revoked. The probation officer is hereby directed to notify the offender and counsel of said hearing.

FURTHER PROCEEDINGS REGARDING CUSTODY:

[ ]   Defendant is ordered detained, to be brought before District Judge forthwith.

[ ]   Initial appearance and detention hearing before Magistrate Judge.

February 9, 2005                          /s/ Frank C. Damrell Jr.
Date                                      **Signature of Judicial Officer**

cc:   United States Probation
      Carolyn K. Delaney, Assistant United States Attorney
      Joseph Wiseman, Defense Counsel

Attachment: PSR (Sacramento only)

## STATEMENT OF EVIDENCE OF ALLEGED
## SUPERVISED RELEASE VIOLATIONS

Honorable Frank C. Damrell, Jr.
United States District Judge
Sacramento, California

                          RE:    **Floyd BARROW**
                                  **Docket Number:**   2:02CR00075-01

Your Honor:

In addition to a copy of the **Acknowledgment of Conditions of Probation or Supervised Release and Receipt of Criminal Judgment and Judgment and Commitment Order**, the following evidence and/or testimony will be offered to support the probation officer's allegation that the above-named releasee is in violation of the conditions of supervision as stated on the attached Probation Form 12C - Petition for Warrant or Summons for Offender Under Supervision.

**Charge 1:**    **FAILURE TO SUBMIT MONTHLY REPORT FORMS**

    **A. Evidence:**

        (1) None

    **B. Witnesses:**

        (1) Federal Probation Officer Cynthia J. Mazzei will testify the offender has failed to submit his monthly report forms for the months of December 2004 and January 2005.

**Charge 2:**    **FAILURE TO PARTICIPATE IN URINALYSIS TESTING**

    **A. Evidence:**

        (1) UA collection no show reports submitted by the Effort, Inc.

RE: Floyd BARROW
Docket Number: 2:02CR00075-01

    B. Witnesses:

        (1) United States Probation Officer Cynthia J. Mazzei will testify as to the enrollment of the offender in the substance abuse testing program and his failure to appear for testing as directed.

        Respectfully submitted,

        /s/ Cynthia J. Mazzei

        **CYNTHIA J. MAZZEI**
        **United States Probation Officer**

DATED: February 8, 2005
       Sacramento, California
       CJM:jz

REVIEWED BY: /s/ Rafael G. Loya
                **RAFAEL G. LOYA**
                **Supervising United States Probation Officer**