# UNITED STATES DISTRICT COURT
## Northern District of California
### 280 South First Street
### San Jose, California 95113

www.cand.uscourts.gov

Richard W. Wieking　　　　　　　　　　　　　　　　　　　　　　　General Court Number
Clerk　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　408.535.5363

May 13, 2008

**Clerk of Court**
**US District Court for Eastern California**
**4-200 United States Courthouse**
**5011 I Street,**
**Sacramento, CA 95814-2322**

Case Name:　　　　**USA-v-Floyd Barrow**
Case Number:　　**5-08-70275-PVT  (Your Case# 2:02 CR 00075 FLD)**
Charges:　　　　　**Violation of Supervised Release**

Dear Clerk:

　　　　The above charges originated in your district and the defendant has appeared before U.S. Magistrate Judge Patricia V. Trumbull.  The following action has been taken:

　　　　(X)　　The U.S. Marshal has been ordered to remove this defendant
　　　　　　　　to your district forthwith.
　　　　( x )　　The defendant has a court appearance in your court on:
　　　　　　　　5/13/08 @ 9:00 before the duty magistrate judge

Enclosed are the following documents:

　　　　　　　　Original  Rule 5 affidavit
　　　　　　　　original minute orders
　　　　certified copy of *AO 94, Commitment to Another District*
　　　　　　　　Certified docket sheets

　　　　Please acknowledge receipt of the documents on the attached copy of this letter and return in the envelope provided.

　　　　　　　　　　　　　　　　　　　　　　　　　　　Sincerely yours,

　　　　　　　　　　　　　　　　　　　　　　　　　　　RICHARD WIEKING, Clerk

　　　　　　　　　　　　　　　　　　　　by:　　*Cita F. Escolano*
　　　　　　　　　　　　　　　　　　　　　　　　Case Systems Administrator

Enclosures
cc: Financial Office
-------------------------------------------------------------------------------------
**Receipt of the above-described documents is acknowledged herewith and assigned case number:**

_____.

**Date:** _____　　　　　**CLERK, U.S. DISTRICT COURT**

　　　　　　　　　　　　　　　　　　　　　　　　　　　　**By** _____
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　**Deputy Clerk**