**UNITED STATES DISTRICT COURT**
Northern District of California
280 South First Street
San Jose, California 95113

www.cand.uscourts.gov

Richard W. Wieking
Clerk

May 13, 2008

FILED
General Court Number
408.535.5363
2008 MAY 22 P 3: 24
RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT

RECEIVED
MAY 1 5 2008
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____DEPUTY CLERK

Clerk of Court
US District Court for Eastern California
4-200 United States Courthouse
5011 I Street,
Sacramento, CA 95814-2322

Case Name:       **USA-v-Floyd Barrow**
Case Number:     **5-08-70275-PVT  (Your Case# 2:02 CR 00075 FLD)**
Charges:         **Violation of Supervised Release**

Dear Clerk:

The above charges originated in your district and the defendant has appeared before U.S. Magistrate Judge Patricia V. Trumbull. The following action has been taken:

- (X) The U.S. Marshal has been ordered to remove this defendant to your district forthwith.
- (x) The defendant has a court appearance in your court on:
  5/13/08 @ 9:00 before the duty magistrate judge

Enclosed are the following documents:
  Original Rule 5 affidavit
  original minute orders
  certified copy of *AO 94, Commitment to Another District*
  Certified docket sheets

Please acknowledge receipt of the documents on the attached copy of this letter and return in the envelope provided.

Sincerely yours,

RICHARD WIEKING, Clerk

by: _Cita J. Escalano_
Case Systems Administrator

Enclosures
cc: Financial Office

--------------------------------------------------------------

Receipt of the above-described documents is acknowledged herewith and assigned case number:

_____.

Date: _____

CLERK, U.S. DISTRICT COURT

By _____
Deputy Clerk